| | |
|---|---|
| CASE NO: | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>**AUG 29 2018**<br>Court **JEFFREY P. COLWELL**<br>**CLERK** |

Linda Marie Smith §
    Plaintiff Pro Se §
§
v. §
§
Bridgecrest §
Drivetime, Raymond C. Fadel, Mark G. Sauder, §
Jon D. Ehlinger §
    Defendants § _____ Denver County, Colorado
§

## PLAINTIFF ORIGINAL PETITION

**Plaintiff:** Linda Marie Smith Pro Se

Mailing: Address: 4600 East Kentucky Ave. Apt 305 Denver Colorado 80246.

Home Phone: 720-465-9622

Being duty sworn, on oath, deposes and says that:

**Defendants:**

Address:      Bridgecrest P.O. Box 53087, Phoenix, Az 85075

    Business Phone:

    Email: customerrelations@bridgecrest.com

Address:      Drivetime: 4020 East Indiana School Rd. Phoenix, Arizona 80518

    Raymond C. Fadel

    Mark G. Sauder

    Jon D. Ehlinger

Plaintiff is suing the Defendants for $100,000,000.00 for stress, emotional distress, mental pain, physical pain, and punitive damage.

On June 19, 2018 as I was leaving from work at Safeway in Denver Colorado and I notice that my car was gone. I called the police but they could not help me or give me no kind of information because they needed the Vin number.

The next morning I call the police again and gave them the VIN No and they said that the car was repo and that the company that had it picked up was Bridgecrest and that I had to contact them. I call Bridgecrest and they told me that they had the car picked up for none payment, I told them that I send them four (4) money orders ranging a little over $1,000.00 Dollars and they told me that they have not received any money orders from me.

I was given the name and address of United Auto Recovery made an appointment to go and pick up my purse and personal Items that day at 2pm. When I got there the lady was typing up the paper work. When I went into my purse and personal belonging that someone went into my purse and my rent money of $300.00 was missing. I told it to the young lady her that my money was missing she told me that when she went to the car it was open and my purse was open. I told her that my purse was close and it was almost under the Driver seat and the car door was locked. Because I had the keys with me. She told me to submit a claim with United Auto Recovery. She also told me that she had to go in the purse to see who it belong to. I told her why did you had to go into my purse when Bridge crest send all of the information, as to who the who own the car and what kind of car it was. When I got there all of my personal belonging and my purse was in the front office. How did they go into the car when I had the keys?

I told them that I had the money order receipt and they can research it. I was just brush of and did not get any kind of answer.

On August 23, 2018 I spoke to Robin with Drivetime and explain to him about the money orders and I traced them to the a Wells Forgo account for Drivetime and that the money orders was deposit into Drivetime account.

## EXEMPLARY DAMAGES

Defendants' conduct, when viewed from the standpoint of their action to the plaintiff at the time of the occurrence, involved an extreme degree of risk, considering the probability and magnitude of the potential harm to plaintiff. Furthermore, Defendants' conduct illustrates not only an attitude of conscious indifference for the rights, safety and welfare of the Plaintiff, but also shows Defendants' actual and subjective awareness of the dangers of such conduct.

Nevertheless, Defendants proceeded with a conscious indifference to the rights, safety or welfare of the Plaintiff. Therefore, Defendants are liable for exemplary/punitive damages.

From the mental anguish, stress, emotional distress, mental pain, physical pain, and punitive damage that the Plaintiff suffering from the Defenders and will continue to suffer in the future; a maximum amount of damages sought by Plaintiff, at this time, will be $100,000,000.00.

## PRAYER

For the above reasons, Plaintiff prays she has judgment against Defendants, with interest on the judgment at the legal rate, pre-judgment interest, costs of court and for such other further relief, both in law and equity, to which Plaintiff may show hesellf justly entitle.

Respectfully Submitted,

*Linda Marie Smith*
Linda Marie Smith Pro Se
4600 East Kentucky Ave, Apt 305
Denver, Colorado 80249
720-465-9622

# Social Security Administration

Date: May 4, 2018
BNC#: 18BC897G73086
REF: A ,DI

006282 1 MB 0 424 P002 T0011 LTR BEV 0504

LINDA SMITH
APT 305
4600 E KENTUCKY AVE
DENVER CO 80246-2636

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2017, the full monthly Social Security benefit before any deductions is $ 503.60.

We deduct $120.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 383.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

## Type of Social Security Benefit Information

You are entitled to monthly disability benefits.

## Suspect Social Security Fraud?



Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office

JAN 2 7 2018

Stamp ID 148

In Reply Refer To: 335/21
XC 27 090 457
SMITH, Samuel

LINDA M SMITH
838 DARBYDALE CROSSING LN
HOUSTON, TX 77090

Dear Mrs. SMITH:

We made a decision on your claim for an increase in dependency & indemnity compensation (DIC) benefits received in our office on December 27, 2017.

We are currently paying you DIC benefits along with special monthly pension benefit of $1,600.98. This is the maximum amount a surviving spouse with no dependents can receive. We recognize that your living expenses have increased, however we are not able to increase your award based upon the increase in your expenses. This benefit is based is a fixed rate. You will continue to receive a monthly DIC with special monthly pension benefit of $1,600.98.

You note you receive $300.00 monthly from VA. Evidence of record suggests the benefit you are thinking of might be your Social Security benefit payment. If this is indeed the case, please feel free to contact them at www.ssa.gov.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you should write and tell us why. You have one year from the date of this letter to appeal the decision. The enclosed *VA Form 4107, "Your Rights to Appeal Our Decision,"* explains your right to appeal.

## If You Have Questions or Need Assistance

If you have any questions, you may contact us by telephone, e-mail, or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-877-294-6380. If you use a Telecommunications Device for the Deaf (TDD), the Federal number is 711. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.va.gov. |
| Write | Please send all correspondence to the appropriate address for **Veterans Pension and Survivor Benefit** claims listed in the *Where to Send Your Written Correspondence* enclosure. |



Linda Marie Smith
4600 East Kentucky Ave.
Apt. 305
Denver, Colorado 80246

Alfred A Arraj Courthouse
901 19th Street
Room A-105
Denver, Colorado 80294-3589

80294
80294

CERTIFIED MAIL
7017 1450 0001 8788 6012

U.S. POSTAGE PAID
FCM LETTER
DENVER, CO
80246
AUG 27, 18
AMOUNT
$7.12
R2304M110299-08