| ☐Supreme Court ☐Court of Appeals ☐Denver Juvenile Court ☐Denver Probate Court ☐County Court ☒District Court . Denver County, Colorado<br>Court Address: | |
|---|---|
| Plaintiff/Petitioner: _____<br>v.<br>Defendant/Respondent: _____ | **FILED**<br>**UNITED STATES DISTRICT COURT**<br>**DENVER, COLORADO**<br>**8/29/2018**<br>**JEFFREY P. COLWELL, CLERK** |
| Attorney or Party Without Attorney: (Name & Address) Linda Marie Smith<br>4600 East Kentucky Ave, Apt 305<br>Phone Number: Denver, Co. 80246<br>Atty. Reg. #: 720-465-9622 | ▲ COURT USE ONLY ▲<br>Case Number:<br>Courtroom: |

**MOTION TO:** ☐FILE WITHOUT PAYMENT OF FILING FEE ☐ WAIVE OTHER COSTS OWED TO THE STATE AND SUPPORTING FINANCIAL AFFIDAVIT

I, Linda Marie Smith, respectfully move the Court for an order to waive the following filing fee(s): ☐complaint ☒petition ☐answer ☐response ☐motion to modify ☐other: _____ and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A"

**Name of Applicant**

| Last Name Smith | First Name Linda | MI M. |
|---|---|---|

Street Address (Include Apt. # if applicable) 4600 East Kentucky Ave Apt 305
City Denver   State CO   Zip Code 80246

☐Own ☒Rent  Home Phone #: 720-465-9622

| Social Security # 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 | Driver's Lic. # & State 22277200 - Texas | Date of Birth 10-26-1953 |
|---|---|---|

Most Recent Employer: Disable
Work Address: _____
Work Phone #: ( ) _____
Dates Employed: _____
Hours/Week: ____  Pay Rate: $ ____  ☐Weekly ☐Bi-weekly ☐Monthly ☐Annual ☐Other: ____

**Name of Other Responsible Party** (Spouse, Partner, Parent, Other Persons in Household)

| Last Name | First Name | MI |
|---|---|---|
| N/A | | |

Street Address (Include Apt. # if applicable) N/A
City   State   Zip Code

☐Own ☐Rent  Home Phone #: ____

| Social Security # | Driver's Lic. # & State | Date of Birth |
|---|---|---|
| N/A | | |

Most Recent Employer: _____
Work Address: _____
Work Phone #: ( ) _____
Dates Employed: _____
Hours/Week: ____  Pay Rate: $ ____  ☐Weekly ☐Bi-weekly ☐Monthly ☐Annual ☐Other: ____

Page 1 of 3
JDF 205   R10/15 MOTION TO FILE WITHOUT PAYMENT OR FILING FEE AND SUPPORTING FINANCIAL AFFIDAVIT

**Marital Status:** ☐ Single ☐ Married ☐ Partner in a Civil Union ☐ Divorced/Civil Union Dissolved ☐ Separated ☑ Widowed

**Number in Household:** (including yourself) _____

**Identify Members:**

| Name | Age | Relationship |
|---|---|---|
| Travis Calais | 37 | Son |
| Devon Smith | 33 | Son |

| Gross Monthly Income (See Information on page 3) | | Monthly Expenses (See Information on Page 3) | |
|---|---|---|---|
| Self (wages, salary, commission) | $ 0 | Rent or Mortgage | $ 1680.00 |
| Spouse/Partner, Other Household Members | $ 0 | Groceries | $ |
| Parents (if same household) | $ 0 | Utilities | $ 175.00 |
| Unemployment Benefits | $ 0 | Clothing | $ |
| Social Security/Retirement Funds | $ 1900.00 | Maintenance/Alimony and/or Child Support | $ NA |
| Maintenance/Alimony | $ 0 | Medical/Dental | $ NA |
| Other Income (identify) | $ 0 | Other Expenses (identify) | $ -0- |
| Other Income (identify) | $ 0 | Other Expenses (identify) | $ -0- |
| **Total Income** | $ 1900.00 | **Total Expenses** | $ 1850.00 |

**Cash on Hand** (Cash you are carrying or which is stored at home, etc.) $ N/A

**Credit Cards:** (Show type and balance owed)
Type: N/A  Balance $ _____
Type: N/A  Balance $ _____

**Checking Account Balance** $ _____
**Name/Address of Bank:** 1st Bank

**Savings Account Balance** $ _____
**Name/Address of Bank:** N/A

**Stocks, Bonds, or other Investments Held Balance** $ _____
Type of Investment: N/A  Name/Location of Company/Corporation: _____

**Vehicles Owned** (Autos, boats, recreational vehicles, etc.) - Estimate Value $ N/A
Year ___ Model N/A License Plate ___
Year ___ Model ___ License Plate ___

**House(s) or other Property** Estimate Value $ _____
Amount owed $ N/A  Year Purchased ___

IF ADDITIONAL SPACE IS NEEDED TO PROVIDE COMPLETE INFORMATION, ATTACH A SEPARATE PAGE.

I swear under penalty of perjury that all information provided is true and complete. In addition, if requested I will provide three (3) months of bank statements and pay stubs or other comparable proof of income status. I authorize the Court to make any necessary contacts to verify the information.

Signature: Linda Smith       Date: 08-26-2018