IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02231-GPG

LINDA MARIE SMITH,

    Plaintiff,

v.

BRIDGECREST,
DRIVETIME,
RAYMOND C. FADEL,
MARK G. SAUDER, and
JON D. EHLINGER,

    Defendants.

---

ORDER OF DISMISSAL

---

    Plaintiff Linda Marie Smith currently resides in Denver, Colorado.   Plaintiff initiated this action by filing *pro se* a pleading titled, "Plaintiff Original Petition, ECF No. 1, and a "Motion to: File Without Payment of Filing Fee Waive Other Costs Owed to the State and Supporting Financial Affidavit," ECF No. 2.   On August 30, 2018, Magistrate Judge Gordon P. Gallagher instructed Plaintiff to cure certain deficiencies before proceeding in this Court with this action.   Specifically, Magistrate Judge Gallagher directed Plaintiff to submit claims and her request to proceed without prepaying fees or costs on proper Court-approved forms.

Plaintiff now has failed to comply in full with the August 30, 2018 Order within the time allowed.  Plaintiff has not filed her claims on a Court-approved form.  The Complaint and action, therefore, will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, in forma pauperis status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal she must pay the full $505 appellate filing fee or file a motion to proceed in forma pauperis in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the August 30, 2018 Order within the time allowed, and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this   9th   day of     October     , 2018.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court